## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DR. MEHDI ADHAM, <br> 2. BEHNAZ ADHAM, <br><br> Plaintiff, <br><br> v. <br><br> 1. METROPOLITAN PROPERTY AND <br>    CASUALTY INSURANCE COMPANY, <br>    a Rhode Island for profit Insurance <br>    Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.:  CIV-12-281-HE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

Comes Now the Plaintiffs, Dr. Mehdi Adham and Behnaz Adham, by and through their counsel of record, Michael D. McGrew, who hereby give notice to the court that the parties have reached a settlement of the above captioned matter.  At this time, the parties are in the process of exchanging settlement release documents and drafts.  The parties hereby request that any scheduled court appearances and deadlines be stricken.  The Plaintiffs and Defendant anticipate  that a final dismissal will be filed within thirty days. Respectfully submitted this 8th day of March, 2013.

-2-

        **By:**    **/s/Michael McGrew**
              **Michael D. McGrew, OBA # 13167**
              **Michael D. McGrew & Associates, P.C.**
              **223 N. 3rd, Suite 206**
              **Muskogee, OK 74401**
              **Telephone: (918) 684-4321**
              **Facsimile:  (918) 684-4322**
              **E-Mail:     mcgrewslaw@yahoo.com**
              **ATTORNEYS FOR PLAINTIFF**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2013, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Attorneys for Defendant
Chris Harper, OBA# 10325
Phillip P. Owens, II, OBA #15165

                                    S/MICHAEL D. MCGREW